UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                  22-CR-36-LJV-JJM
                                                     DECISION & ORDER

STEVEN ZHENG,

              Defendant.
_____

      1.       On April 12, 2024, the defendant, Steven Zheng, pleaded guilty to count 1 of the superseding information charging a violation of Title 21, United States Code, Section 846 (conspiracy to possess marijuana with intent to distribute). Docket Item 68.

      2.       On April 12, 2024, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 69.

      3.       This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

      4.       This Court has carefully reviewed *de novo* Judge McCarthy's Report & Recommendation (Docket Item 69), the plea agreement (Docket Item 68), the superseding information (Docket Item 67), a transcript of the plea proceeding (Docket Item 70), and the applicable law. Based on that review, this Court conducted a subsequent plea colloquy on August 9, 2024. *See* Docket Item 82.

5. With the addition of this Court's subsequent plea colloquy, the Court adopts Judge McCarthy's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 1 of the superseding information.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's April 12, 2024 Report & Recommendation, Docket Item 69, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Steven Zheng, is now adjudged guilty of count 1 of the superseding information under Title 21, United States Code, Section 846.

SO ORDERED.

Dated: August 16, 2024
Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE